IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LONGSTONE REAL ESTATE PARTNERS, LLC | * | |
| | * | |
| v. | * | Civil No. JFM-07-1650 |
| | * | |
| BRADFORD H. ELLIOTT, ET AL. | * | |

*****

## MEMORANDUM

Longstone Real Estate Partners, LLC has instituted this action against Bradford H. Elliott, John DiPasquale, and EBG Land Corp. I, Inc. under a guaranty agreement defendants executed in favor of Longstone. Claiming that defendants have defaulted upon their obligations under the agreement, plaintiff has filed a motion for summary judgment.

In responding to the summary judgment motion, defendants do not deny that they owe monies to plaintiff under the guaranty agreement. Rather, they simply argue that (1) an "Exit Fee" claimed by plaintiff is not due under the guaranty agreement; (2) in the documents supporting its motion, plaintiff had not provided a breakdown of the interest due; and (3) in the papers supporting its motion, plaintiff had not provided any supporting documentation concerning the amount of attorneys' fees being claimed. In its reply, plaintiff has made the first of these contentions moot by withdrawing, at least for present purposes, any claim for an "Exit Fee." They have also provided (under oath) a breakdown of the interest being claimed and time records supporting the claim for attorneys' fees in the amount of $18,072.00. The latter documentation demonstrates that the amount of attorneys' fees being claimed is reasonable, particularly in light of the fact that over $3 million is involved in this dispute.

A separate order granting plaintiff's summary judgment motion and entering judgment on

its behalf is being entered herewith.


Date: _November 7, 2007_    _____
J. Frederick Motz
United States District Judge